DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIBERTY POWER CORP., LLC,**
Appellant,

v.

**SAMUEL KATZ,**
Appellee.

No. 4D19-3144

[December 3, 2020]

Appeal and cross appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE 18017922 (08).

Michael R. Borasky of Eckert Seamans Cherin & Mellott, LLC, Pittsburgh, Pennsylvania, for appellant.

Stephen J. Bagge of Stephen J. Bagge, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH, JJ., and NUTT, JAMES, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***